UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

20 CR 601 (PKC)

-against-                                    ORDER

FERNANDO RA, et al.,

Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for July 27, 2021 is adjourned to October 12, 2021 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow defense counsel additional time to review discovery, to discuss with the government, and to continue plea negotiations.  Accordingly, the time between today and  October 12, 2021 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 15, 2021