UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            20 CR 601 (PKC)

            -against-                                            <u>ORDER</u>

FERNANDO RA,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Sentencing scheduled for Fernando Ra is adjourned from October 27, 2021 to October 28, 2021 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          September 3, 2021